| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

Robert Chappell, §
          §
     Plaintiff, §
          §
versus     §          Civil Action G-07-325
          §
Iberia Crewboat and Marine §
Services, Inc., et al., §
          §
     Defendants. §

## Order to Transfer

On the motion of defendant Bois D'Arc Energy, Inc., to transfer venue (15), there being no opposition to the transfer, this case is transferred to the United States District Court for the Western District of Louisiana.

Signed on October 30, 2007, at Houston, Texas.

Lynn N. Hughes
United States District Judge